## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES STICKLEY
ADC # 86725                                                        PLAINTIFF

v.                          No. 4:10-cv-184-DPM

KARL BYRD, Sheriff, Faulkner County,
Arkansas; TORLING, Officer; ANDREWS,
Lt.; ANDREWS, Officer; CHILDS, Officer;
BOBBY BROWN, Major; and JOHN RANDALL,
Captain, Faulkner County Detention Center          DEFENDANTS

### ORDER

The Court has received the Judgment and Mandate of the United States

Court of Appeals for the Eighth Circuit. *Document Nos. 71 & 72.* All the

defendants are entitled to qualified immunity against all of Stickley's claims.

His complaint is therefore dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 February 2013