IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES STICKLEY
ADC # 86725                                                                         PLAINTIFF

v.                           No. 4:10-cv-184-DPM

KARL BYRD, Sheriff, Faulkner County,
Arkansas; TORLING, Officer; ANDREWS,
Lt.; ANDREWS, Officer; CHILDS, Officer;
BOBBY BROWN, Major; and JOHN RANDALL,
Captain, Faulkner County Detention Center                     DEFENDANTS

JUDGMENT

Stickley's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 February 2013